# Exhibit A



**USPS CERTIFIED MAIL®**

9514 7066 5926 2065 4029 73

RETURN RECEIPT

7021 0350 0001 1746 4010

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



RECEIVED MAR 15 2022

Radius Global Solutions LLC.
7831 - Glenroy Rd. Ste 350
Edina, MN. 55439-3117



*The Zemel Law*
660 BROADWAY
PATERSON, NEW JERSEY
07514



DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:   (862) 227-3106
FAX:      (973) 282-8603
DZ@ZEMELLAWLLC.COM

March 1st, 2022

Manager and/or Officer:
Radius Global Solutions, LLC.
7831 Glenroy Rd Ste 250
Edina, MN 55439-3117

**RE:    Service of Process – Jasmine Mhrez v. Radius Global Solutions, LLC.,
Case #: HUD-L-000728-22**

Enclosed please find Summons and Complaint for the above referenced matter.

Very truly yours,

*Daniel Zemel*

Daniel Zemel, Esq.

SUPERIOR COURT OF THE STATE OF NEW JERSEY
HUDSON COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :

JASMINE MHREZ,                          :    CASE NO HUD-L-000728-22
                     Plaintiff,      :
                                   :    **SUMMONS**
      - against -                :
                                   :

RADIUS GLOBAL SOLUTIONS, LLC.,  :
                     Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the above-named Defendants:

    ***YOU ARE HEREBY SUMMONED*** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within thirty-five (35) days after the service of this summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief as demanded in the complaint. The nature of this action is negligence. The relief sought is damages. Upon your failure to appear, judgment will be taken against you by default together with the costs of this action.

Dated: March 1st, 2022

                                     _/s/ Daniel Zemel_
                                     Daniel Zemel, Esq.
                                     NJ ID#111402014
                                     Zemel Law LLC
                                     660 Broadway
                                     Paterson, New Jersey 07514
                                     T: (862) 227-3106
                                     **Attorneys for Plaintiff**

TO:    Radius Global Solutions, LLC.
        7831 Glenroy Rd Ste 250
        Edina, MN 55439-3117

**Zemel Law LLC**
Daniel Zemel, Esq.
Attorney ID # 1114022014
660 Broadway
Paterson, NJ 07514
(P) (862) 227-3106
dz@zemellawllc.com
Attorneys for Plaintiff

| | | |
|---|---|---|
| JASMINE MHREZ | ) | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff, | ) | HUDSON COUNTY |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| RADIUS GLOBAL SOLUTIONS, LLC., | ) | **COMPLAINT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Jasmine Mhrez (hereinafter "Plaintiff") alleges:

## PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of the Fair Debt Collections

   Practices Act, 15 U.S.C. §1692 *et seq.* (hereinafter "FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this district under 28 U.S.C § 1191(b).

## PARTIES

4. Plaintiff is a natural person who at all relevant times has resided in Guttenberg, New Jersey

   and is a "consumer" as the phrase is defined under 15 U.S.C. §1692(a) of the FDCPA.

5. Radius Global Solutions, LLC., ("RGS" "Defendant"), is a corporation that regularly conducts business in New Jersey. Defendant is a "debt collector" as the phrase is defined and applied under 15 U.S.C. §1692(a) of the FDCPA in that they regularly attempt to collect on debts primarily incurred for personal, family or household purposes.

## **FACTUAL STATEMENT**

6. On a date better known to Defendant, Plaintiff Mhrez allegedly incurred a medical debt.

7. The debt allegedly incurred was for personal, familial, and household purposes.

8. The debt was then transmitted to RGS for collections.

9. In an attempt to collect the debt, Defendant sent Plaintiff a collection letter dated November 19th, 2021.

10. The letter was not sent from Defendant itself; Defendant utilized a third-party vendor to send the letter.

11. In doing so, Defendant disclosed Plaintiff's personal information to a third party in violation of the FDCPA, including the fact that Plaintiff owed a medical debt.

## **COUNT I**
## **VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**
## **15 U.S.C. § 1692 *et seq.***

12. Plaintiff repeats, re-alleges, and re-asserts the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

13. Defendant's actions are in violation of 15 U.S.C. § 1692c(b).

WHEREFORE, Plaintiff, Jasmine Mhrez respectfully requests that this Court do the following for the benefit of Plaintiff:

A. Enter judgment against Defendant for statutory damages pursuant to the

FDCPA;

B. Award costs and reasonable attorneys' fees;

C. Grant such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated this March 1st, 2022.

Respectfully Submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, NJ 07514
T: (862) 227-3106
F: (973) 282-8603
dz@zemellawllc.com
Attorneys for Plaintiff