# Exhibit B

**SUPERIOR COURT OF NEW JERSEY**
**HUDSON COUNTY**

_____

JASMINE MHREZ,

        Plaintiff,

 -against-                                       No. HUD-L-000728-22

RADIUS GLOBAL SOLUTIONS, LLC

        Defendant.

_____

**NOTICE OF FILING NOTICE OF REMOVAL**

    PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the District of New Jersey. Attached hereto as Exhibit "1" is a copy of the Notice of Removal filed in the United States District Court, District of New Jersey effecting such removal.

    PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of such Notice with this Court, effects the removal of this action and this Court may proceed no further unless and until the case is remanded.

Dated: April 13, 2022                        Respectfully submitted,

                                                     */s/ Aaron R. Easley*
                                                      Aaron R. Easley, Esq. (#026151994)
                                                      SESSIONS, ISRAEL & SHARTLE, LLC
                                                      3 Cross Creek Drive
                                                      Flemington, NJ 08822
                                                      Telephone: (908) 237-1660
                                                      Facsimile: (877) 334-0661

          Email:  aeasley@sessions.legal
*Attorney for Defendant,*
*Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of April, 2022, a copy of the foregoing was filed electronically on the clerk of court. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

    Daniel Zemel, Esq.
    Zemel Law, LLC
    660 Broadway
    Paterson, New Jersey 07514

          */s/ Aaron R. Easley*
          Aaron Easley, Esq.