UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASMINE MHREZ, <br><br> Plaintiff, <br><br> v. <br><br> RADIUS GLOBAL SOLUTIONS, LLC., <br><br> Defendants. | Case No. 2:22-cv-02152 |

**DEFENDANT'S MOTION TO DISMISS**

Defendant, Radius Global Solutions, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), submits this Motion to Dismiss the claims asserted by Plaintiff, Jasmine Mhrez.

Dated: April 20, 2022             Respectfully submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile:  877-344-0661
Email: aeasley@sessions.legal
*Counsel for Defendant,*
*Radius Global Solutions, LLC*

1

## CERTIFICATE OF SERVICE

I certify that on April 20, 2022, a copy of the forgoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.