

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:   (862) 227-3106
FAX:        (973) 282-8603
DZ@ZEMELLAWLLC.COM

May 3, 2022

**VIA ECF**
District of New Jersey
Clerk of Court

        **RE: Jasmine Mhrez v. Radius Global Solutions, LLC**
        **Case No. 2:22-cv-2152**

Honorable Court:

     Please accept Plaintiff's amended opposition to Defendant's motion to dismiss. The document filed yesterday was filed in error and Plaintiff respectfully requests that the Court strike the motion and replace it with the attached.

                Respectfully submitted,

                /s/ Daniel Zemel
                Daniel Zemel, Esq.
                Zemel Law LLC